In the District Court of the United States for the Middle District of Alabama

~~In the United States District Court~~

~~For the Northern District of Alabama~~

Northern Division

In Pursuant to Civil Right Act 42 U.S.C. 1983

Jonathan Louis Rutledge
Plaintiff

(Enter above the full name(s) of the plaintiff(s) in this action.)

Defendants Copy

v

Rebecca Gettys Kelly ESQ
Kelly Law Firm Clayton
Thomas F. Kelly Jr. ESQ
Defendants

**DEMAND FOR JURY TRIAL**

2:07CV476-mht

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

    B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit

        Plaintiff(s): _____ N/A _____

        Defendant(s) _____

        2. Court (if Federal Court, name the district; if State Court, name the county)

        _____ N/A _____

        3. Docket Number _____ N/A _____

        4. Name of judge to whom case was assigned _____ N/A _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **REBECCA GETTYS KELLY, THOMAS F. KELLY**, ~~is employed as~~ **KELLY LAW FIRM**, at **17 COURT SQUARE POST OFFICE BOX 605**

C. ~~Additional Defendants~~ **CLAYTON AL, 36016**

IV. Statement of Claim **IN PURSUANT TO CIVIL RIGHT ACT 42 U.S.C. 1983**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

**WHEREFORE THE DEFENDANTS REPRESENTED THE PLAINTIFF FOR APPEAL IN A CRIMINAL MATTER IN BARBOUR COUNTY AL, CIRCUIT COURT. DEFENDANT'S FAILED TO FILE TIMELY MOTIONS. AND TO PROTECT THE PLAINTIFF'S RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL. DEFENDANT'S FAILED TO EXERCISE REASONABLE PROFESSIONAL DILIGENCE WHILE DEFENDING THE PLAINTIFF AND AMONG OTHER THINGS THAT COULD HAVE BEEN DONE IN DEFENDING THE PLAINTIFF IN THE CAUSE OF ACTION.**

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WEREFORE THE Plaintiff Request Punitive Damages IN the Amount of 2,000,000.00 Dollars FOR THE Pain About Suffering, AND 1,000,000.00 Dollars IN Compastorey Damages From were the Defendants Shown Peire Neglent Act's And Defendants Also Shown Wrongful Act's IN there Conduct Plaintiff Also Demands A Trial By Jury And Any other Relief That this Court Sees Fit IN this Cause of Actio

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/25/07
(date)

Jonathan Louis Rutlelge
Plaintiff
AIS 242525 BIBB Co.
Corr. FAz. 565 BIBB
Lane Brent AL 35034

_____
Signature(s)

Jonathan Louis Rutledge
Dorm B1-23B
AIS #242515
565 Bibb Lane
Brent AL, 35034

Ms Kelly
Courts
copy

Legal
Mail

TO OFFICE OF THE Hon.
CLERK UNITED STATES
DISTRICT COURT P.O. Box 711
Montgomery AL 36101

$00.58
MAY 29 2007
MAILED FROM ZIP CODE 35034

36101+0711-11 B007