IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

~~In the United States District Court~~

~~For the Northern District of Alabama~~

2:07CV476-MHT

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Jonathan Louis Rutledge__ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritancess?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. __N/A__

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned. __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __5/25/07__
   (date)

   _____
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ .12 on account to his credit at the __Bibb Correctional Facility__ institution where he is confined on this __25th day of May 2007__
(date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____See attached_____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

Inmate received at Bibb CF on 2/12/07 from Kilby CF.

_____
Cynthia Stewart, Account Clerk
Authorized Officer of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 242515        NAME: RUTLEDGE, JONATHAN L.           AS OF: 02/28/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $35.58 | $200.00 |
| FEB | 28 | $1.33 | $0.00 |

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                      BIBB COUNTY CF


AIS #: 242515      NAME: RUTLEDGE, JONATHAN LOUIS        AS OF: 05/25/2007

                  # OF        AVG DAILY         MONTHLY
       MONTH      DAYS        BALANCE           DEPOSITS
       ------------------------------------------------------

       MAY         6          $0.00             $0.00
       JUN        30          $0.00             $0.00
       JUL        31          $0.00             $0.00
       AUG        31          $0.00             $0.00
       SEP        30          $0.00             $0.00
       OCT        31          $0.00             $0.00
       NOV        30          $0.00             $0.00
       DEC        31          $0.00             $0.00
       JAN        31          $0.00             $0.00
       FEB        28          $0.00             $0.02
       MAR        31          $0.02             $0.00
       APR        30          $66.64            $250.00
       MAY        25          $0.12             $0.00
```