IN THE District Court OF THE United States
For THE Middle District OF
(Alabama Northern Division)

Jonathan Louis Rutledge
    Plaintiff - Pro Se

    — vs —                    CASE NO. ~~████~~
                               # 2:07CV-476MHT
Rebbecca Gettys Kelly
    Defendant - ~~Individual~~ Capacity
    Additional defendants added
         separately.

Plaintiff's Responce To THE Recommendation

The plaintiff would ascertain that the failure in part of state appointed assistance of counsel has clearly deprived him of his Sixth Amendment right to effective assistance of counsel, well outside judicial norms and acting in her <u>Individual Capacity</u>. ~~In~~ Strickland -v- Washington Court Appointed assistance of counsel is to exercise due diligence in the representation of their client. The First Appeal a clear matter of the clients right to proper <u>gainfull</u> access is to ensure that the method of representation doesn't deprive the accused of adiquit legal services to safeguard the Liberty interest rights or property rights of the accussed. The 14th Amendment of the United States - states in part that NO one will be deprived of Life, Liberty or property

Without Due process of Law. In the instant case at bar. It is apparent in said case of Jonathan Louis Rutledge in Barbour County Circuit Court Case Number CC05-0166 Charge 2nd degree Arson. That MR Rutledges Court appointed assistance of Counsel MRS Rebecca Bettys Kelly was not acting as a professional to ensure the protection of MR Rutledges rights. MRS Kelly's objective standards fell below reasonable legal representation that would have certainly rendered a different results in the court proceeding with a different outcome that by all means to protect the property interest of MR Rutledge Loss of property as well as the Loss of MR Rutledges Liberty interest rights. The usefullness of her representing her clients best interest was clearly to deprive him of every gainfull right to a fair Judicial Proceeding by the inaccurancy to demonstrate to the court that due to States failure to procure Jurisdiction and without Jurisdiction by the signing of the arrest warrant for the offence

2

charged of 2nd degree Arson by un Licensed practing magistrate MRS Debbra Tew. The charges should have and would have been dismissed No Billed (Thrown out of Court. In Alabama the arrest warrant/complaint affidavit must be made under oath to a magistrate who is Licensed as well as authorized by State Law code of Alabama 1975 15,-15-20.1. Constitutional Amendment 6 AND 4th Amend Cons, Copy of plaintiffs exhibit number ___ is attached to the plaintiffs response from the Alabama Bar Asscioation. This would go to show cause that MRS Debbra Tew was by no means Licensed by State Law by the Alabama State Bar authorizeing her Signature as required by state Statue. And this alone is just reason to file suit in the federal courts due to the actions of Court appointment of counsel being MRS Rebbecca Kelly by not fileing a motion before the Honorable Barbour Circuit court to dismiss No Bill the charge of 2nd degree Arson. OR on a appeal the Lack of Subject matter.

3

Blacks Law Dictionary defines: Affirmation N. A pledge Equivalent to an oath but without reference under Alabama Law and without Jurisdiction to render Judgement for the offence charged of 2nd degree Arson, where the information purporting to charge the offense was not made under oath Code of Alabama 1975, 15-15-20.1 Article 1 section 5 of the constitution as well as the 4th Amendment of the United States Constitution - The Affirmation Clause of the United States Constitution requires members of Congress and the State Legislature and all members of the executive or Judicial Branches state or Local to pledge by oath or affirmation to support the constitution U.S. const Art VI, Cl 3. The plaintiff states under Alabama Law of the Judicial Administration according to Rule 18(2)(A) and Constitutional Amendment No. 328 Judicial Article 6-11 Code of Ala 1975 12-17-251(C)(1) MRS Debbra Tew clearly did not possess Judicial Authority Kelly v State 55 AL App 402 316 So2d 233 (1975), Professional Check Services vs Outlow 560 So2d 755 (1990)  4

Jurisdiction to given wieght that said charge Arrest Complaint affidavit trial conviction sentence must be considered <u>Null and void</u>. Due to Jurisdictional Questions. And that as a result of MRS Kellys actions to act as a person of concern to ensure the plaintiffs Rights and protect his interest of the Loss of property and settle ment from Loss of property as well as false arrest and being held each day illegally in violation of the plaintiffs Liberty ~~Interest~~ Right, That MRS Kelly be held Liable under ALAbama Law 6-5-570 et seq Known as the Legal Services Liability Act. As garanteed by the sixth Amendment of the United States constitution to Effective assistance of counsel. As a matter of Right. And the 14th Amendment of the United States Const. Amend No one will be deprived of Life <u>Liberty</u> or <u>Property</u> with out due process of Law. The plaintiff is not only entitled 6

to his released from being held illegally he allso is entitled to an essential award winning verdict for the violation of his Rights garanteed by the United States Constition. He is to be entitled to damages in his suit for compensory Damages as well as punitive Damages. For the Loss of property and Loss of his freedoms (Liberty interest Rights.

: STATE AND FEDERAL Law;
plaintiff List of Citations
Alabama Law - CODE of Alabama 1975, 15-15-20, 1.
Article 1, Section 5 of the Constitution of Alabama 1901 As well as the 4th Amendment of the United States Cnst
According to Rule 18 (2) (A) Alabama Rule of Judicial Administration and Constit- utional Amendment NO: 328 Judicial Article 6-11 code of Alabama 1975
12-17-251

State vs Bradley 276 ALa 618
Ex parte City of Birmingham 189 ALa 9, 74 So 51

NEWTON vs STATE 375 So. 2d 1245 AlL APP.

RINGER vs STATE 394 So. 2d 69   AlL APP.

7



Also in responce to the Judge's order given those persons having custody of the Plaintiff shall forward the above described payment from the Plaintiff account to the Clerk of this court. <u>THE PLAINTIFF RQUEST COPY OF ORDER TO PERSON HAVING CUSTODY</u>.

Certificate of Service

I do hereby certify that I have served a true copy of the foregoing Responce to the Recommendation of the Magistrate. To the Clerk of Court of the District court of the United States for the middle District of AL. By placing in the Legal mail Box AT Camden work center Also sent copy to the KELLY Law Frim Post office Box 605 Clayton AL 36016 —

Respectfull submitted
June 7 2007
By Jonathan Rutledge

*Jontn Rutle* (signature)

8



I swear or affirm under penalty of perjury that the foregoing is true and correct

Executed on <u>June 9, 2007</u>
              DATE

                                                _____ PRO-SE
                                                   Plaintiff

Sworn to and subscribed before me this the <u>9</u> day of June, 2007

                              _____
                              Notary Public
                              Com Exp April 23, 2008



MONTGOMERY AL 361
11 JUN 2007 PM 4 T

Office of the Clerk
United States District
Court Post Office Box 711
Montgomery AL, 36101

Jonathan Rutledge
AIS 242515
1780 Hwy 231 East
Clanton AL 35046

Legal
Mail