IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JONATHAN LOUIS RUTLEDGE,    )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )          2:07cv476-MHT
                            )              (WO)
REBECCA GETTY KELLY, Esq.,  )
and THOMAS F. KELLY, Esq.,  )
                            )
    Defendants.             )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
inmate, filed this lawsuit charging his former attorneys
with ineffective assistance in his criminal case.  This
lawsuit is now before the court on the recommendation of
the United States Magistrate Judge that plaintiff's case
be dismissed.  Also before the court are plaintiff's
objections to the recommendation.  After an independent
and de novo review of the record, the court concludes
that plaintiff's objections should be overruled and the
magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of June, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE