IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN LOUIS RUTLEDGE,     )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    2:07cv476-MHT
                             )         (WO)
REBECCA GETTY KELLY, Esq.,   )
and THOMAS F. KELLY, Esq.,   )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(3) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of June, 2007.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**