IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF Alabama
Northern Division

Jonathan Louis Rutledge
  Plaintiff pro se
        V                                Case No 2:07 CV-476 MHT
Rebecca Gettys Kelly
  ~~Individual~~ Capacity

  Defendants.

Responce to the magistrate Judge

To bar a civil claim filed by the plaintiff by the Statue of Limitation First to procedural bar a claim to a Jurisdictional issue must be to a Lawful arrest. And to bar a claim without Jurisdiction to an unlawful arrest to incarcerate said freedoms by being held illegally is impossible, By the failure of Lack of Subject matter to procure Jurisdiction to an Lawful arrest, The Constitution was afford to protect the citizens from such arbitrary actions. To incarcerate said freedoms illegally to restrain one against their Liberty is to deprive one of their 14th Amendment rights to Life or Liberty without Jurisdiction to do so. The plaintiff States that the date of his sentence to an illegal confinement of August 17 2005 is the date of being held

illegally and held in bondage against his will is to restrain one of his liberty. And the plaintiff states that the DATE of his sentencing date of August 17 2005 to incarcerate said free freedoms is well with in the 2 year statue. And as a result of events that lead up to the plaintiff being held illegally before the courts was on the date of sentence that incarcerated said freedom August 17 2005 to an unlawfull arrest, with out probale cause to authorize an unlicensed magistrate to pledge an sworn oath without authority to an lawful arrest based on state witnesses by her signature of April 29 2005. The date of illegal confinement of being held illegally due to a lack of subject matter precludes any Bar of statue of limitation when the state failed to procure subject matter to a lawful arrest. The plaintiff ask for his release from being held to an unlaw arrest. We also ask Mrs Tew to provide a copy of her license to practice law or that she be held in contempt of practiceing law with a license fined 500.00 and a sentence of one year be enforced.

Certificate of Service

I do hereby certify that I have served a copy of the foregoing to REBECCA KELLY ESQ 17 Court Square Post Office Box 605 Clayton AL 36016. By placing in the mail box legal mail at CAMDEN Work Center on June 17 2007 Also a copy to CLERK of United States District Court P.O. Box 711 Montgomery AL, 36101-0711.

JONATHAN RUTLEDGE
PRO-SE

CAMDEN WORK Release
1780 Hwy 221 CAMDEN
AL, 36726

Jonathan Rutledge
Dis. 242515
Camden Work Release
1786 Hwy 221 Camden
Alabama 36726

(kelly)

Legal
Mail

MONTGOMERY AL 361
27 JUN 2007 PM 3 L
Legal
Mail

To Office of the Clerk
United States District
Court Post Office Box 711
Montgomery AL, 36101-0711

36101+0711 B007