IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JONATHAN LOUIS RUTLEDGE,  )
                          )
    Plaintiff,            )
                          )           CIVIL ACTION NO.
    v.                    )            2:07cv476-MHT
                          )
REBECCA GETTY KELLY, Esq.,)
and THOMAS F. KELLY, Esq.,)
                          )
    Defendants.           )

### ORDER

It is ORDERED that plaintiff's response (Doc. No. 8) is treated as a motion for reconsideration and said motion is denied.

DONE, this the 10th day of July, 2007.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE