In The United States District Court
For the middle District of Alabama

"Motion to Amend"   page 11

RECEIVED 2007 JUL 11 A 10:26

Jonathan Rutledge
plaintiff prose
—vs—
Rebbeca Gettys Kelly
Defendants Individual capacity

Case No. 2:07 cv 476 MHT

The petitioner plaintiff before the Honorable Courts states his Confinement of prison. Incarcerated his said freedom by being sentenced on Aug 17 2005 to being held against his Liberty. To incarcerate said freedoms to hold him against his will resulted in events that occured on April 29 2005 as a result of an Un-Licensed magistrate Judge Signature Mrs Debbra Tew without subject matter to arrest on a felony charge to procure Jurisdiction to indict a trialable offence, To issuance of a Certificate of probate cause.

Respectfully
Submitted
plaintiff prose  _Jonathan L Rutledge_

Jonathan Rutledge
1120 Alabama Hwy 221
Camden, 36726.

MONTGOMERY AL
10 JUL 2007

To: Office of the Clerk
United States District
Court Post Office Box 711
Montgomery, Alabama 36101