IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN LOUIS RUTLEDGE, ) <br> AIS #242515 ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REBECCA GETTYS KELLY, ESQ., et al., ) <br> ) <br>     Defendants. ) | CASE NO. 2:07-CV-476-MHT |

**ORDER ON MOTION**

On July 11, 2007, the plaintiff filed a motion to amend in which he seeks to assert additional facts in support of his claims for relief against trial counsel. On June 19, 2007, the court entered judgment dismissing this case because the plaintiff's claims challenging the assistance provided by counsel during state criminal proceedings provide no basis for relief in a 42 U.S.C. § 1983 action. *Polk County v. Dodson*, 454 U.S. 312 (1981); *Mills v. Criminal District Court No. 3*, 837 F.2d 677, 679 (5th Cir. 1988) ("[P]rivate attorneys, even court-appointed attorneys, are not official state actors and ... are not subject to suit under section 1983."). Accordingly, it is

ORDERED that the motion to amend be and is hereby DENIED.

Done this 13th day of July, 2007.

                                /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE