In The District Court Of The United States For the Middle District Of Alabama

p1

RECEIVED
2007 JUL 30 A 10: 04
P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jonathan Louis Rutledge
Plaintiff — pro se

v.

Rebecca Gettys Kelly ~~Ind Capacity~~
Respondent

Case No 2:07cv476

Response TO:
Judges order dated the 16th day of July 2007 — Judge Mirah Thompson.

It is apparent — that the Kelly Firm recieve's payment from Alabama State treasury For the court Appointment of counsel for defendants in the State Of Alabama. It is clearly that Rebecca Kelly court appointed counsel was not acting as required by the 6th Amendment guarantee of the United States Constitution to effectively represent her clients best interest — the bars of profess-ionalism would certainly apply to Appellant counsel's actions to fail to entertain valid claims that all evidence obtained from an - unsecured Fire Crime scene investigation was clearly tainted — to contamination.

p2 Mrs Rebecca Kelly certainly couldn't have been acting with her clients best interest.

To undisputed factual basis of plaintiffs innocents, That the production by subpoenia of 911 Tapes of all Fire departments would have provide - evidence in his own behalf - to support Alibi witnesses testimony that durring the call of reported sighting (time) of call that a building at Hwy 51 was on fire at Jonathan's Deli ~~was~~ would provide undisputed facts of Innocent, And as to a Silent ~~record~~ record to factual basis for production by subpoenia of 911 Tapes the undisputed claims of Innocents must be refuted as the truth. The Judge in Barbour County surely must have appointed Rebecca Kelly to enter- tain the interest of the State of Alabama and American Economy Insurance Company. But we stand to differ, Due to the Kelly's Firms actions was fruitless ~~one~~ or meritless, To deprive by denial to entertain

p3 her clients best interest to a fair trial to lawyer misconduct, TO possess A license from the Alabama State Bar Association to practice Law in the State and recieve pay vouchers from the State of Alabama. With total disregard to notorious claims of the Fire chiefs failure to properly secure the scene. And all witnesses testimony based upon a oath to substantiate probable cause to support an arrest to an indictable offence of Arson, The 911 Tapes of the un-secured fire scence and state witnesses testimony from an un-secured Fire Crime scene will clearly provide that all evidence obtained supportive by state witnesses was tainted by contamination due to the evidence being tampered or altered from its orignal - and without probable cause supported by an oath to authorize a <u>Lawful arrest</u>, not to even address mrs Deborah Tews un-Licensed signature to practice as a magistrate Judge signature, Certificate of probable cause <u>motion</u> to Appeal to the 11th circuit

pg4  to skillful acts of Lawyer misconduct to malfeasance to handling of a case ~~tremendously~~ to a showing of true facts — of undisputed claims of innocents. By Production of 911 Tapes that ~~was to~~ court records are a silent record and must be refuted as the truth. TO incarcerate the truth of innocents is clearly to denie effective means of competent representation as required in the 4th 6th 8th and 14th Amendments — to ensure the quality of representation of counsel was to ensure the safegarded ~~proti~~ protections of Liberty. To place a bar of time limit on Liberty is virtually impossible — due to Liberty interest is a guaranteed right. TO restrain Liberty by incarceration of innocents to undisputed claims of a silent record — 911 Tapes to provide the time of call of reported sighting of a fire at Hwy 51 Jonathans Dell — subpoenia production is relevant to valid claims of innocents. And to material facts of ~~an~~ manifest of Justice to protect the Liberty of innocents.

PS  plaintiff pro se Jonathan v. Rutledge

Respectfully
Submitted

Certificate OF Service

I certify, this day of July 25 2007. Sent a copy of the foregoing to The KELLY, Law firm Post office Box 605 Clayton AL, 36016-0605 By Placing in The US Mail Box mark Legal mail at CAMDEN WORK Center Also A copy to the Clerk, United States District Court PO Box 711 Montgomery AL, 36101-0711. Sent This day of July 25, 2007.

Thank you

PRO-SE. Jonathan Rutledge



Jonathan Rutledge 242515
Camden work Center
1780 Hwy 221
Camden AL, 36726

To: THE OFFICE OF THE CLERK,
UNITED STATES DISTRICT
COURT P.O. Box 711
Montgomery AL, 36101-6711