IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN LOUIS RUTLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv476-MHT |
| | ) | |
| REBECCA GETTY KELLY, Esq., | ) | |
| and THOMAS F. KELLY, Esq., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for reconsideration (Doc. No. 16) is denied.

DONE, this the 6th day of August, 2007.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE