IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

No. 07-13215-D

2007 AUG 28  A  9: 20

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 2 4 2007

THOMAS K. KAHN
CLERK

JONATHAN LOUIS RUTLEDGEHACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA         Plaintiff-Appellant,

versus

REBECCA GETTY KELLY, Esq.,
THOMAS F. KELLY, Esq.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District Of Alabama

_____

ENTRY OF DISMISSAL


Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of

prosecution because the appellant has failed to file a motion for leave to proceed on

appeal within the time fixed by the rules, effective this 24th day of August,  2007.



THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Nancy Holbrook
Deputy Clerk

FOR THE COURT - BY DIRECTION


A True Copy - Attested:
Clerk. U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

ORD-40