```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000434
Cashier ID: cstrecke
Transaction Date: 09/14/2007
Payer Name: CAMDEN COMMUNITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JONATHAN RUTLEDGE
 Case/Party: D-ALM-2-07-CV-000476-001
 Amount:       $72.55
------------------------------------
CHECK
 Remitter: CAMDEN COMMUNITY BASE FAC
 Check/Money Order Num: 34736
 Amt Tendered:  $72.55
------------------------------------
Total Due:      $72.55
Total Tendered: $72.55
Change Amt:     $0.00
```

DALM207CV000476-MHT

CAMDEN COMMUNITY BASE FAC

FOR JONATHAN RUTLEGE

1780 HWY 221
CAMDEN, AL  36726

*Appeal Fee* [handwritten]